AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| DANIEL D. HAWK,<br>    Plaintiff | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NUMBER: 05-C-0273 |
| STATE OF WISCONSIN,<br>    Defendant |  |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that petitioner's writ of habeas corpus is dismissed without prejudice.

| April 18, 2005 | SOFRON B. NEDILSKY |
|---|---|
| Date | Clerk |
|  | *s/Jennifer Kreil* |
|  | *(By) Deputy Clerk* |